ADA J. BARNES, Respondent, v. AUGUSTUS C. BARNES, Appellant.

Appeal from an order of the Supreme Court, made at the Onondaga Special Term and entered in the Onondaga county clerk's office on October 21, 1926, denying the defendant's motion to change the place of trial from Onondaga county to Cayuga county.

PER CURIAM. The complaint alleges a residence of plaintiff in Cayuga county and an abandonment of plaintiff by defendant in May, 1926, at Conquest in Cayuga county, where the complaint alleges the parties were then living. This accords with the allegations as to the residence of plaintiff made by the defendant in his affidavit. The inconsistent statements of plaintiff in her affidavit do not in our opinion overcome the weighty allegations of her verified complaint which are in no way explained. The order should be reversed and motion granted, without costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ. Order reversed and motion granted, without costs of this appeal to either party.

---

In the Matter of the Application of ASSOCIATED BUFFALO ARCHITECTS, INC., Appellant, for a Peremptory Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF BUFFALO, NEW YORK, Respondent.— Order entered May 17, 1926, affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of ASSOCIATED BUFFALO ARCHITECTS, INC., Appellant, for a Certiorari Order Directed to THE BOARD OF EDUCATION OF THE CITY OF BUFFALO, NEW YORK, Respondent.— Order entered September 4, 1926, reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the authority of New York Catholic Protectory v. Rockland County (212 N. Y. 311). All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.